UNITED STATES DISTRICT COURT				01 Civ. 7620 (WHP) (MHD)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Seneca Ins. Co.,

                Plaintiff

        v.
Brent Wilcock and Secure Southwest
Brokerage, Ltd.,

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Plaintiff's Motion to Strike
Defendants' Expert Witnesses
Pursuant to Rule 702, Fed. R. Ev.**

PLEASE TAKE NOTICE that upon the exhibits, supporting affidavits and memorandum of law, plaintiff Seneca Insurance Co. will move the United States District Court of the Southern District of New York, Hon. Michael H. Dolinger, at 500 Pearl Street, New York, NY 10007, for an order to strike defendants' expert witnesses pursuant to Rule 702, Fed. R. Ev.; and for such other and further relief as this Court shall deem just and proper.

Dated: New York, NY
       September 30, 2005

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Jeffrey N. Drummond, Esq. (JD 3182)
                                                  Attorney for Plaintiff Seneca Ins. Co.
                                                  303 West 21st St.
                                                  NY, NY  10011
                                                  (212) 352-9861

To:
Jordan M. Sklar, Esq.
Babchik & Young
200 East Post Rd., 2nd Floor
White Plains, NY  10601